11th
Court of Appeals

                                                                  Eastland,
Texas

                                                                        Opinion

 

City of Houston ex rel African-American Legal Defense Group

Appellant

Vs.                   No. 11-02-00013-CV B Appeal from Harris County

The Historic Oaks of Allen Parkway

Appellee

 

Appellant filed a notice of appeal but failed to
pay the required filing fee.  On April
25, 2002, this court ordered appellant to pay the $125 filing fee on or before
May 9, 2002, and informed appellant that failure to do so could result in the
dismissal of the appeal.  Appellant has
not responded to the order.

The appeal is dismissed.  TEX.R.APP.P. 42.3(c).

 

PER CURIAM

 

May 23, 2002

Do not publish.  See
TEX.R.APP.P. 47.3(b).

Panel
consists of: Arnot, C.J., and

Wright,
J., and McCall, J.